UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAY **2 0** 2026

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| JR EDWIN ROBINS, | ) **4:26CR248 MTS/JSD** |
| | ) |
| Defendant. | ) |

MOTION FOR PRETRIAL DETENTION AND HEARING

The United States of America, by and through its Attorneys, Thomas C. Albus, Acting United States Attorney for the Eastern District of Missouri, and Nichole E. Frankenberg, Assistant United States Attorney for the District, moves the Court to order Defendant detained pending trial and further requests that a detention hearing be held three days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1. Defendant is currently charged with one count of Attempted Carjacking, in violation of Title 18, United States Code, Section 2119, and one count of being a Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Both offenses carry a maximum of 15 years' imprisonment.

The Nature and Circumstances of the Offense

2. Pursuant to Title 18, United States Code, Section 3142(g)(1), the nature and circumstances of the charged offenses warrant pre-trial detention. On January 22, 2206, the Defendant approached a 68-year-old woman, brandished a firearm, and demanded her car keys. The victim refused to hand them over, however, and a struggle ensued during which time the Defendant discharged his weapon. After ultimately forcing the wrong key from her hand, the

Defendant got into the victim's car and attempted to start the vehicle. Following multiple failed attempts, he abandoned the car and fled on foot.   Defendant was soon developed as suspect and was taken into custody.   After being advised of his Miranda right, he admitted his involvement in the offense and admitted being a felon.

### The Weight of the Evidence

3.    Pursuant to Title 18, United States Code, Section 3142(g)(2), the weight of the evidence supports pre-trial detention. The Defendant is a felon and discharged a firearm in his attempt to carjack an innocent victim.

### Defendant's History and Characteristics

4.    Pursuant to Title 18, United States Code, Section 3142(g)(3), Defendant's criminal history weighs in favor of detention. Defendant's criminal history reflects felony convictions of Theft (twice in 2014), Forgery (2014), and Domestic Assault in the Second Degree (2024). Defendant was on probation at the time of the instant offense.

### Danger to the Community

5.    Pursuant to Title 18, United States Code, Section 3142(g)(4), Defendant should be detained pending trial due to the danger he poses to the community. Given his prior conviction and the nature and circumstances of the present offenses, no alternative set of restrictions will be sufficient to protect the public.

WHEREFORE, the United States requests this Court to order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Nichole E. Frankenberg*
Nichole E. Frankenberg #61126 (MO)
Assistant United States Attorney